[No. 52084-9-I. Division One. September 22, 2003.]

*In the Matter of the Marriage of* SHARI L. VENABLE, *Respondent*, and ROBERT A. VENABLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-3-06686-6, Douglas D. McBroom, J., entered March 28, 2003. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Kennedy, JJ.

[No. 21415-0-III. Division Three. September 23, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES BROADY ARTIS III, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-01276-1, Robert D. Austin, J., entered August 30, 2002. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Kato, JJ.

[Nos. 25327-5-II; 27573-2-II. Division Two. September 23, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN E. PINK, *Appellant*.

Appeals from a judgment of the Superior Court for Grays Harbor County, No. 99-1-00060-1, David E. Foscue, J., entered October 25, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Seinfeld, J.

[No. 28213-5-II. Division Two. September 23, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. BACHIR MANSEUR, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-01298-5, Rosanne Buckner, J., entered December 14, 2001. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Quinn-Brintnall, J.